EDWARD H. KUBO, JR. # 2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON # 4532
Chief, Violent Crimes

DAVID A. NORKIN
Special Assistant U.S. Attorney
Suite 6100, Box 50183
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: 440-9248
Facsimile: 541-2958
E-Mail: david.norkin@usdoj.gov

Attorneys for Plaintiff,
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 09 2005

at 3 o'clock and 13 min. P M
WALTER A Y H CHINN

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>         )<br>         Plaintiff,  )<br>         )<br>    vs.  )<br>         )<br>RICHARD K. PAULINE,  )<br>         )<br>         Defendant.  )<br>         ) | CR. NO. CR 05-00067 DAE<br><br>INDICTMENT<br><br>[H.R.S. 708-810;<br> 18 U.S.C. § 13] |

<u>INDICTMENT</u>

The Grand Jury charges:

On or about September 19, 2004 in the District of Hawaii, the defendant RICHARD K. PAULINE did, within the special maritime and territorial jurisdiction of the United States to wit: Radford Military Housing, Honolulu, Hawaii, intentionally enter and unlawfully remain in a building, to wit: 715 Peltier Avenue, Honolulu, Hawaii, with the intent to commit a crime

therein against persons and property rights and did recklessly disregard the risk that the building was the dwelling of another, and the building is such a dwelling.

All in violation of Hawaii Revised Statutes, Section 708-810(1)(c), and Title 18, United States Code, Section 13.

DATED: February 9, 2005, at Honolulu, Hawaii.

A TRUE BILL

/S/
_____
FOREPERSON, Grand Jury

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
RONALD G. JOHNSON
Chief, Violent Crimes

_____
DAVID A. NORKIN
Special Assistant U.S. Attorney