# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

1/23/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CRIMINAL 05-00067JMS-01 |
| CASE NAME: | United States of America vs. Richard K. Pauline |
| ATTYS FOR PLA: | Keith Celebrezze |
| ATTYS FOR DEFT: | Donna Gray |
| U.S.P.O: | Mona Godinet |

| | | | |
|---|---|---|---|
| JUDGE: | J. Michael Seabright | REPORTER: | Cynthia Fazio |
| DATE: | 1/23/2006 | TIME: | 2:25 - 3:05 |

COURT ACTION:  Sentencing to Count 1 of the Indictment:

Defendant present in custody with counsel Donna Gray.

Memorandum of Plea Agreement accepted.

Imprisonment 30 months.  Supervised Release 3 years under the following conditions:

1. That the defendant shall abide by the standard conditions of supervision.

2. That the defendant not commit any crimes, federal, state, or local (mandatory condition).

3. That the defendant not possess illegal controlled substances (mandatory condition)

4. That the defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of commencement of supervision and at least two drug tests thereafter but no more than 15 valid drug tests per month during the terms of supervision (mandatory condition).

5. That the defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

6. That the defendant shall cooperate in the collection of DNA as directed by the

probation officer.

Page 2
Criminal 05-00067JMS-01
U.S.A. vs. Richard K. Pauline
January 23, 2006

7. That the defendant shall participate in and comply with substance abuse treatment which includes drug and alcohol testing in a program approved by the Probation Office. The defendant is to refrain from the possession and/or use of alcohol while participating in substance abuse treatment.

8. That the defendant execute all financial disclosure forms, and provide the Probation Office and the Financial Litigation Unit of the U.S. Attorney's Office access to any requested financial information to include submitting to periodic debtor's examinations as directed by the Probation Office.

9. That the defendant shall submit his person, residence, place of employment, or vehicle to a search conducted by the U.S. Probation Office at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of supervision. Failure to submit to a search may be grounds for revocation. The defendant shall warn any other resident that the premises may be subject to search pursuant to this condition.

10. That the defendant pay restitution of $1,800 as follows: $1,000 to Craig and Bobbie Dial, or their insurer if they were reimbursed by their insurance company; and $800 to Captain Michael J. Donch III, or his insurer if he was reimbursed by his insurance company. The restitution is due immediately and any remaining balance upon release from confinement be paid during the period of supervision on an installment basis according to the collection policy of the Probation Office but at a rate of not less than 10 percent of his monthly gross income.

No fine imposed.

Special Monetary Assessment $100.

Advised of rights to appeal.

RECOMMENDATION: 1) FDC, Honolulu, Hawaii. 2) Terminal Island.

That the defendant participate in drug treatment, educational and vocational training programs.

MITTIMUS:   Forthwith.

Submitted by:   Dottie Miwa, Courtroom Manager